**James C. McNEILL, Plaintiff–Appellant,**

v.

**Dennis VANBUREN, Second Shift Lieutenant; Benjamin Lea, Second Shift Sergeant; Sharon Snyder, LPN; Elexia Craig, LPN; Mary Watson, RN; Corrections Officer Royster, Second Shift Correctional Officer; Howard Crabtree, Second Shift Correctional Officer; Curtis Magnum, Second Shift Correctional Officer; Ashanti Williams, Second Shift Correctional Officer; James Williams, Second Shift Correctional Officer; Norwood, Second Shift Correctional Officer; Linda Morgan, Third Shift Correctional Officer, Defendants–Appellees.**

No. 03–6565.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 19, 2003.

James C. McNeill, Appellant Pro Se. Deborrah Lynn Newton, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before LUTTIG and SHEDD, Circuit Judges.*

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James C. McNeill, a North Carolina inmate, appeals the district court's order dismissing his claims against several defendants on his complaint brought under 42 U.S.C. § 1983 (2000), but maintaining the action as to other defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order appealed from is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

* This opinion is filed by a quorum of the panel    pursuant to 28 U.S.C. § 46(d) (2000).